## The Commonwealth *against* HOLLOWAY Keeper of the Gaol.

**1813.**

*Philadelphia,*
*Thursday,*
*July 1.*

A justice of the peace of the city or county of *Philadelphia*, may commit any *vagrant* to gaol, to be kept at hard labour for a term not exceeding one month, he being thereof legally convicted before the justice, on his own view, or by the confession of the offender, or by the oath or affirmation of one or more credible witnesses.

THIS was a *habeas corpus* directed to the defendant, to bring up the body of one *John Boyer.*

By the return it appeared that the prisoner was held in custody, under a warrant of commitment by *Michael Freytag*, a justice of the peace in *Moyamensing*, who had adjudged him to hard labour for one month, on a conviction before him of being an idle disorderly vagrant.

*Phillips* for the prisoner, contended that there was no authority in the law for this conviction, the act of the 8th of *February* 1766, 1 *St. Laws* 455, which alone gave to the justices of *Moyamensing* the authority to commit vagrants to hard labour, having been repealed by the act of the 29th of *March* 1803, 4 *Smith's Laws* 50.

The *Attorney General* contra.

TILGHMAN C. J. delivered the Court's opinion.

It appears by the return to the *habeas corpus* in this case, that *Boyer* was committed by Justice *Freytag* of the township of *Moyamensing*, on a conviction before him, for being " an " idle disorderly vagrant;" and it has been contended, that there is no act of assembly in force, by which such a conviction can be supported.

By the act of the 21st of *February* 1767, vagrants are described; and any justice of the peace is authorised to commit them to prison, to be kept at hard labour for any time not exceeding one month, " being thereof legally convicted be- " fore him, on his own view, or by the confession of such " offenders, or by the oath or affirmation of one or more cre- " dible witness or witnesses." But this act does not extend to the city of *Philadelphia*, district of *Southwark*, or the townships of *Moyamensing* and *Passyunk*, or the *Northern Liberties.*

By the act passed the 8th of *February* 1766, entitled " an " act for the better employment, relief and support of the

" poor in the city of *Philadelphia*, the district of *Southwark*, " the townships of *Moyamensing* and *Passyunk*, and the " *Northern Liberties*," any justice of the peace of the city or county of *Philadelphia*, is authorised to apprehend, and upon due examination and proof commit *to the house of employment*, all rogues, vagabonds &c., to be there kept at hard labour, for a term not exceeding three months.

By the 11th section of the act " to reform the penal laws " of this state," passed the 5th of *April* 1790, and made perpetual by the act of the 4th of *April* 1799, it is made lawful for the mayor or any alderman of the city of *Philadelphia*, or any justice of the peace of the county of *Philadelphia*, to commit any vagrant to the *gaol of the said city and county*, to be kept at hard labour for any term not exceeding one month, *being thereof legally convicted before him as by law is directed.*

By an act passed the 29th of *March* 1803, there was a consolidation and amendment of the laws respecting the poor, in the city of *Philadelphia*, district of *Southwark* &c., and all former laws respecting the poor of the said city, district &c. are *repealed.*

*Boyer's* counsel argues that this last act, having repealed the act of the 8th of *February* 1766, there no longer exists any authority to commit vagrants to prison within the city of *Philadelphia*, district of *Southwark* &c. But we are of opinion that this conviction and commitment are lawful by the act to reform the penal laws, which separated the case of *vagrants* from that of the poor in general. The words " being thereof " legally convicted before him *as by law is directed*," are to be referred to the act of the 21st of *February* 1767, which is still in force, and not to the act of the 8th of *February* 1766, which is repealed; because a *conviction is directed* by the act of the 21st of *February* 1767, but no conviction is mentioned in the act of the 8th of *February* 1766. The result of these different laws, so far as respects vagrants, is that vagrants are now on the same footing in the city of *Philadelphia*, district of *Southwark*, and townships of *Moyamensing* and *Passyunk*, and the *Northern Liberties*, that they are in the other parts of the state. We are therefore of opinion that the prisoner should be remanded.

Prisoner remanded.